[No. 55987-7-I.   Division One.   August 22, 2005.]

MANH DAO, *Appellant*, v. PROGRESSIVE NORTHERN INSURANCE COMPANY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-27161-8, Ronald Kessler, J., entered August 9, 2004. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Becker, JJ.

[Nos. 29353-6-II; 29683-7-II.   Division Two.   August 23, 2005.]

SUSAN M. McGUIRE, *Individually and as Personal Representative, and as Guardian,* ET AL., *Respondents,* v. TRACY JOE ENOCH-JEVNE ET AL., *Defendants,* THE STATE OF WASHINGTON ET AL., *Appellants,* PIERCE COUNTY, *Repondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-14157-7, James R. Orlando, J., entered August 30, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, J.; Quinn-Brintnall, C.J., dissenting.

[No. 31475-4-II.   Division Two.   August 23, 2005.]

CHUNYK & CONLEY/QUAD C, *Appellant*, v. DEARLING D. REID, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-04772-1, Elizabeth P. Martin, J. Pro Tem., entered March 8, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Van Deren, JJ.